UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-00331-GGH |
| Petitioner, | |
| v. | ORDER |
| KERN COUNTY, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas Corpus. ECF No. 1. He has not, however, either submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. section 1915, nor has he paid the filing fee in lieu thereof. Accordingly, petitioner will be provided the opportunity to submit the application on the appropriate form. Petitioner is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner;

2. Petitioner shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition or submit the filing fee

1

required by the court. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 4, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE